UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR416-372 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD RIDDLE | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 6, 2016, a federal grand jury sitting in the Western District of Oklahoma returned a one-count Indictment against Defendant Leonard Riddle charging a violation of 18 U.S.C. § 2113(a) (Count One – Bank Robbery), *see* Indictment, *United States v. Riddle*, No. CR516-168 (W.D. Ok. Sep. 6, 2016) (ECF No. 1);

WHEREAS, on December 20, 2016, this case was transferred to this district for Plea and Sentence under Rule 20 of the Federal Rules of Criminal Procedure;

WHEREAS, on February 6, 2017, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 2113(a), Bank Robbery;

WHEREAS, pursuant to his plea agreement, Defendant agreed to forfeit to the United States all right, title and interest in the sum of $7,920.00 as proceeds he obtained directly or indirectly as a result of the offense to which he has pled guilty;

WHEREAS, pursuant to his plea agreement Defendant further agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the

forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, Defendant shall forfeit to the United States the sum of $7,920.00, which is the sum of money equal to all proceeds traceable to Defendant's offense of conviction.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

4. In accordance with the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. This Court shall retain jurisdiction for the purpose of enforcing this Order.

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Jennifer G. Solari, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: 6/21/2017

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

_____
Jennifer G. Solari
Assistant United States Attorney
District of Columbia Bar # 987167
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

Date: 6/21/17

_____
Leonard Riddle
Defendant

Date: 6-21-17

_____
Jonathan J. Hunt, Esq.
Attorney for Defendant

Date: 6-21-2017